# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL J. COX, JR., | ) NO. EDCV 06-00003-GHK (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND |
| KATHY MENDOZA-POWERS, WARDEN, | ) RECOMMENDATIONS OF UNITED |
| Respondent. | ) STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all the records herein, the Second Amended Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report. The Court has conducted a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations set forth in the Report, with the following exception: the page 17, line 2 reference to "September" is corrected to read "February."

IT IS ORDERED that: (1) the Petition is dismissed as second or successive, pursuant to 28 U.S.C. § 2244(b)(2); (2) alternatively, the

Petition is denied on its merits; and (3) Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on all parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:     10/6/11     .

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE