**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PAUL J. COX, JR., | ) | NO. EDCV 06-00003-GHK (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| KATHY MENDOZA-POWERS, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:    10/6/11   .

                                                    GEORGE H. KING
                                          UNITED STATES DISTRICT JUDGE